**08 C 416**

| 2120 - Served | 2121 - Served | | |
|---|---|---|---|
| 2220 - Not Served | 2221 - Not Served | | |
| 2320 - Served By Mail | 2321 - Served By Mail | | |
| 2420 - Served By Publication | 2421 - Served By Publication | | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( | ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

(Name all parties)

Fiddler, Morris

v.

AT&T Mobility, LLC, VeriSign, Inc. and m-Qube, Inc.

07CH37212

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE KEYS**

No. _____

TO: m-Qube, Inc.
C/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows      ☐ District 4 - Maywood
  5600 Old Orchard Rd.          2121 Euclid                          1500 Maybrook Ave.
  Skokie, IL 60077              Rolling Meadows, IL 60008            Maywood, IL 60153

☐ District 5 - Bridgeview       ☐ District 6 - Markham               ☐ Child Support
  10220 S. 76th Ave.            16501 S. Kedzie Pkwy.                28 North Clark St., Room 200
  Bridgeview, IL 60455          Markham, IL 60426                    Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 44146
Name: Myles McGuire
Atty. for: Plaintiff
Address: 53 West Jackson Boulevard
City/State/Zip: Chicago, Illinois 60604
Telephone: 312-589-6370

WITNESS, DEC 17 2007 _____

DOROTHY _____
CLERK OF CIRCUIT COURT
Clerk of Court

Date of service: _____,_____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE [EXHIBIT B] OK COUNTY, ILLINOIS