**FILED**
**JANUARY 18, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>                Defendants. | Case No.<br><br>NOTICE OF REMOVAL<br>UNDER 28 U.S.C. §§ 1332(d) and 1453(b)<br><br>**08 C 416**<br><br>**JUDGE DER-YEGHIAYAN**<br>**MAGISTRATE JUDGE KEYS** |

**NOTICE OF FILING**

TO:    Jay Edelson
           Myles McGuire
           John Blim
           KAMBEREDELSON, LLC
           53 West Jackson Blvd.
           Suite 1530
           Chicago, IL   60604

        PLEASE TAKE NOTICE that on the 18th day of January, 2008, I electronically filed a **Notice of Removal** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following:

jedelson@kamberedelson.com

mmcguire@kamberedelson.com

john@blimlaw.com

and I certify that I mailed a copy of same by U.S. Postal Service to the attorneys listed above at their last known address.

                                                        __/s/ Bart T. Murphy_____
                                                         One of the Attorneys for Defendants
                                                         M-Qube, Inc. and Verisign, Inc.

C/61688

Bart T. Murphy, Esq. (#6181178)
Jenee M. Straub, Esq. (#6270698)
ICE MILLER, LLP
2300 Cabot Drive, Suite 455
Lisle, IL   60532
(630) 955-0555

C/61688