YM

**FILED**
**JANUARY 18, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>        Defendants. | Case No.<br><br>NOTICE OF REMOVAL<br>UNDER 28 U.S.C. §§ 1332(d) and 1453(b)<br><br>**08 C 416**<br><br>**JUDGE DER-YEGHIAYAN**<br>**MAGISTRATE JUDGE KEYS** |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants VeriSign, Inc. and m-Qube, Inc. make the following disclosures:

    1.    m-Qube, Inc. is a wholly owned subsidiary of VeriSign, Inc.

    2.    VeriSign, Inc. has no corporate parent, and no publicly held corporation owns 10% or more of VeriSign, Inc.'s stock.

Dated: January 18, 2008

Respectfully submitted,

M-QUBE, INC. and VERISIGN, INC.

By: __/s/ Bart T. Murphy_____
One of Their Attorneys

**Attorneys for**
**Defendants m-Qube and VeriSign**
Bart T. Murphy, Esq. (#6181178)
Jenée M. Straub, Esq. (#6270698)
ICE MILLER, LLP
2300 Cabot Drive
Suite 455
Lisle, Illinois 60532
630.955.0555
630.955.0662 (facsimile)

1

Of Counsel:
James L. Cooper, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
202.942.5000
202.942.5999 (facsimile)

C/61679.1