**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 00416 |
|---|---|
| Morris Fiddler, et al. vs. AT&T Mobility, LLC d/b/a The New AT&T f/k/a Cingular Wireless, m-Qube, Inc., Verisign, Inc., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

m-Qube, Inc. and Verisign, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Bart T. Murphy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Bart T. Murphy | |
| FIRM | |
| Ice Miller, LLP | |
| STREET ADDRESS | |
| 2300 Cabot Drive | |
| CITY/STATE/ZIP | |
| Lisle, IL  60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6181178 | (630) 955-0555 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

### NOTICE OF FILING and CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 22nd day of January, 2008, he electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which served the following via e-mail at the addresses listed below:

jedelson@kamberedelson.com

mmcguire@kamberedelson.com

john@blimlaw.com

and I certify that I mailed a copy of same by U.S. Postal Service to the following attorneys at their last known mailing address:

> Jay Edelson
> Myles McGuire
> John Blim
> KAMBEREDELSON, LLC
> 53 West Jackson Blvd.
> Suite 1530
> Chicago, IL   60604

> \_\_\_\_\_/s/ Bart T. Murphy_____
> One of the Attorneys for Defendants
> m-Qube, Inc. and Verisign, Inc.

Bart T. Murphy
Jenee M. Straub
Ice Miller, LLP
2300 Cabot Drive
Suite 455
Lisle, IL   60532
(630) 955-0555

C/61813