IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>AT&T MOBILITY, LLC d/b/a The New AT&T )<br>f/k/a CINGULAR WIRELESS, a Delaware )<br>limited liability company, M-QUBE, INC., a )<br>Delaware corporation, and VERISIGN, INC., a )<br>Delaware corporation,  )<br>)<br>Defendants.  ) | Case No.  08 C 416<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Keys |

**AGREED MOTION TO EXTEND TIME FOR DEFENDANTS M-QUBE AND VERISIGN TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, M-QUBE, INC., and VERISIGN, INC., by and through their attorneys, Bart T. Murphy and Jenée M. Straub of Ice Miller, LLP (collectively "Defendants"), and pursuant to Rule 6 of the Federal Rules of Civil Procedure and with the agreement of Plaintiff, move this Honorable Court for an order extending by the time for Defendants to answer or otherwise plead in response to the Class Action Complaint. In support of their Motion, Defendants state as follows:

1. Plaintiff's Class Action Complaint was filed in Cook County on December 17, 2007. Defendants m-Qube, Inc. and VeriSign, Inc. removed the Class Action Complaint to the Northern District on January 18, 2008.

2. Plaintiff's counsel has agreed that Defendants' time to respond to the Class Action Complaint be extended to and through March 7, 2008.

- 2 -

3.      Therefore, Defendants request an extension until March 7, 2008 to answer or otherwise plead in response to the Class Action Complaint in order to continue their factual investigation and to frame their responsive pleading.

4.      Defendants submit this Motion in good faith and not for the purpose of delay or any other improper purpose.

WHEREFORE, for the foregoing reasons and with the consent of Plaintiff, Defendants M-QUBE, INC. and VERISIGN, INC., respectfully request that this Honorable Court enter an order extending the time for Defendants to answer or otherwise plead in response to Plaintiff's Class Action Complaint to and through March 7, 2008 and for such other relief as the Court deems just and appropriate in the circumstances.

Respectfully submitted,

M-QUBE, INC. and VERISIGN, INC.

Dated:  January 25, 2008

By:   /s/ Jenée M. Straub
One of Their Attorneys

Bart T. Murphy, Esq. (#6181178)
Jenée M. Straub, Esq. (#6270698)
ICE MILLER, LLP
2300 Cabot Drive
Suite 455
Lisle, Illinois  60532
630-955-0555
630-955-0662 (facsimile)

C/62016.1