IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>        Defendants. | Case No.  08 C 00416 |

## NOTICE OF MOTION

TO:    Jay Edelson
          Myles McGuire
          John Blim
          KAMBEREDELSON, LLC
          53 West Jackson Blvd.
          Suite 1530
          Chicago, IL   60604

        PLEASE TAKE NOTICE that on the **31st** day of **January, 2008,** at **9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan in the courtroom usually occupied by him in Room 1988 of the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' m-Qube and Verisign's Agreed Motion to Extend Time for Defendants m-Qube and Verisign to Respond to Plaintiff's Complaint,** a copy of which is attached hereto and hereby served upon you.

                                                  Respectfully submitted,

                                                  By   /s/ Jenee M. Straub
                                                     One of the Attorneys for Defendants
                                                      m-Qube, Inc. and Verisign, Inc.

Bart T. Murphy, Esq. (#6181178)
Jenée M. Straub, Esq. (#6270698)
ICE MILLER, LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois  60532
(630) 955-0555

C/61948

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2008, I electronically filed **Defendants' m-Qube and Verisign's Agreed Motion to Extend Time for Defendants m-Qube and Verisign to Respond to Plaintiff's Complaint** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following:

jedelson@kamberedelson.com

mmcguire@kamberedelson.com

john@blimlaw.com

Attorneys for Plaintiff

and I certify that I mailed by U.S. Postal Service the documents to the following non-registered attorneys and interested party:

Michael J. Stortz
Beth O. Arnese
DRINKLER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA   94105

Attorneys for Defendant AT&T
Mobility LLC d/b/a The New AT&T
f/k/a Cingular Wireless

  /s/ Jenée M. Straub_____
One of the Attorneys for Defendants
M-Qube, Inc. and Verisign, Inc.

Bart T. Murphy, Esq. (#6181178)
Jenee M. Straub, Esq. (#6270698)
ICE MILLER, LLP
2300 Cabot Drive, Suite 455
Lisle, IL   60532
(630) 955-0555

C/61948