U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08C416
Morris Fiddler, et al.,
       vs.
AT&T Mobility LLC, d/b/a The New AT&T f/k/a Cingular
Wireless, m-Qube, INC., and VeriSign, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AT&T Mobility LLC

| | |
|---|---|
| NAME (Type or print) Victoria Collado | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Victoria Collado | |
| FIRM Mayer Brown LLP | |
| STREET ADDRESS 71 South Wacker Drive | |
| CITY/STATE/ZIP Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6204015 | TELEPHONE NUMBER 312-701-0700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |