## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08C416

Morris Fiddler, et al.,
      vs.
AT&T Mobility LLC, d/b/a The New AT&T f/k/a Cingular
Wireless, m-Qube, INC., and VeriSign, Inc.

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AT&T Mobility LLC

| | |
|---|---|
| **NAME (Type or print)** <br> Sarah E. Reynolds | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** <br> s/ Sarah E. Reynolds | |
| **FIRM** <br> Mayer Brown LLP | |
| **STREET ADDRESS** <br> 71 South Wacker Drive | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6287186 | **TELEPHONE NUMBER** <br> 312-701-0700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐