IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br> v.<br><br>AT&T MOBILITY, LLC, d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 08C416<br><br>Judge Der-Yeghiayan |

**DEFENDANT AT&T MOBILITY'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant AT&T Mobility LLC ("ATTM"), through its attorneys, respectfully moves to extend ATTM's time to answer, move, or otherwise respond to Plaintiff's Complaint. In support of this motion, ATTM states as follows:

1. ATTM was served with the Summons and Complaint on December 31, 2007.

2. Pursuant to 28 U.S.C. §§ 1332(d) and 1453(b), Defendants m-Qube, Inc. and VeriSign, Inc. ("m-Qube Defendants") removed to this Court the action originally commenced in the Circuit Court of Cook County, Illinois, entitled *Morris Fiddler v. AT&T Mobility, LLC, et al.*, case number 07 CH 37212.

3. Under Federal Rule of Civil Procedure 81(c), ATTM's response to the Complaint is due on Monday, January 28, 2008.

4.     Counsel is requesting the extension in order to undertake the factual investigation necessary to properly respond to the Complaint.

5.     Counsel for ATTM has conferred with counsel for Plaintiff, and counsel for Plaintiff has no objection to extending ATTM's time to answer, move or otherwise respond to the Complaint until March 7, 2008.

6.     The requested extension of time is reasonable, is not made for the purpose of delay, and would not be prejudicial to the Plaintiffs.

WHEREFORE, ATTM respectfully requests that the Court grant its Motion for Extension of Time to Answer, Move, or Otherwise Respond to the Complaint and enter an order setting March 7, 2008 as the deadline for responding to Plaintiff's Complaint.

Dated: January 28, 2008

Respectfully submitted,

AT&T MOBILITY LLC

By: /s/ Victoria Collado
One of its Attorneys

Victoria Collado
Sarah E. Reynolds
Keonna Carter
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600


Seamus Duffy (Of Counsel)
Maresa Torregrossa (Of Counsel)
DRINKER BIDDLE & REATH LLP
1 Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

## CERTIFICATE OF SERVICE

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **DEFENDANT AT&T MOBILITY'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** was served on the following counsel of record via electronic delivery on January 28, 2008:

Jay Edelson
Myles McGuire
John Blim (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL  60604
(312) 589-6370

Bart Murphy
Ice Miller LLP
2300 Cabot Drive
Lisle, IL  60532
(630) 955-6392

Respectfully submitted,

/s/Sarah E. Reynolds

Dated: January 28, 2008

*Attorney for Defendant AT&T Mobility LLC*