IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>             Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC, d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>             Defendants. | Case No. 08C416<br><br>Judge Der-Yeghiayan |

## NOTICE OF MOTION

TO:   Counsel of Record (as Set Forth on the Attached Service List)

**PLEASE TAKE NOTICE** that on January 31, 2008, at 9:00 a.m., we shall appear before the Honorable Samuel Der-Yeghiayan, United States District Judge, at Everett McKinley-Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60606, Courtroom 1903, and then and there present **DEFENDANT AT&T MOBILITY'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**, which will be provided to you through the CM/ECF system.

Dated: January 28, 2008

Respectfully submitted,

AT&T MOBILITY LLC

By:   /s/ Sarah E. Reynolds
         One of its Attorneys

Victoria Collado
Sarah E. Reynolds
Keonna Carter
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Tel.: 312-782-0600

Seamus Duffy (Of Counsel)
Maresa Torregrossa (Of Counsel)
DRINKER BIDDLE & REATH LLP
1 Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

## CERTIFICATE OF SERVICE

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **NOTICE OF MOTION** was served on the following counsel of record via electronic delivery on January 28, 2008:

Jay Edelson
Myles McGuire
John Blim (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL  60604
(312) 589-6370

Bart Murphy
Ice Miller LLP
2300 Cabot Drive
Lisle, IL  60532
(630) 955-6392

                                                Respectfully submitted,

                                                /s/Sarah E. Reynolds

Dated: January 28, 2008                 *Attorney for Defendant AT&T Mobility LLC*