IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AT&T MOBILITY, LLC, d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 08C416<br>)<br>)　Judge Der-Yeghiayan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AT&T MOBILITY'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant AT&T Mobility LLC ("ATTM") is a Delaware limited liability company and certifies that ATTM is a indirect, wholly owned subsidiary of AT&T Inc.. ATTM's members are:

1. New BellSouth Cingular Holdings, Inc.

2. BellSouth Mobile Data, Inc.

3. SBC Alloy Holdings, Inc.

4. SBC Long Distance, LLC

5. AT&T Mobility Corporation

Dated: January 28, 2008

Respectfully submitted,

/s/ <u>Sarah E. Reynolds</u>
Victoria R. Collado (#6204015)
Sarah E. Reynolds (#6287186)
Keonna Carter (#6296523)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-0700

Seamus Duffy (Of Counsel)
Maresa Torregrossa (Of Counsel)
DRINKER BIDDLE & REATH LLP
1 Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

*Attorneys for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **AT&T MOBILITY'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT** was served on the following counsel of record via electronic delivery on January 28, 2008:

Jay Edelson
Myles McGuire
John Blim (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL  60604
(312) 589-6370

Bart Murphy
Ice Miller LLP
2300 Cabot Drive
Lisle, IL  60532
(630) 955-6392

Respectfully submitted,

/s/Sarah E. Reynolds

Dated: January 28, 2008

*Attorney for Defendant AT&T Mobility LLC*