# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Morris Fiddler

                        Plaintiff,

v.                                           Case No.: 1:08−cv−00416
                                                      Honorable Samuel Der−Yeghiayan

ATT Mobility, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan :Defendants' motions for extension of time to answer or otherwise plead [7], [11] are granted to and including 03/07/08. As stated on the record, Plaintiff shall file his motion to remand by close of business on 02/01/08. Defendants' response to Plaintiff's motion to remand shall be filed by 02/15/08 and Plaintiff's reply shall be filed by 02/22/08. Status hearing set for 03/11/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.