**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08C416 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| AT&T MOBILITY LLC, d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:     Counsel of Record (as Set Forth on the Attached Service List)

**PLEASE TAKE NOTICE** that on February 14, 2008, at 9:00 a.m., we shall appear before the Honorable Samuel Der-Yeghiayan, United States District Judge, at Everett McKinley-Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60606, Courtroom 1903, and then and there present **MOTION OF DEFENDANT AT&T MOBILITY LLC TO COMPEL ARBITRATION AND DISMISS CLAIMS**, which will be provided to you through the CM/ECF system.

Dated: February 7, 2008

Respectfully submitted,

/s/ Victoria R. Collado

Victoria Collado
Sarah E. Reynolds
Keonna Carter
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
Tel:  (312) 782-0600
Fax:  (312) 263-7711

Seamus C. Duffy (Of Counsel)  
Maresa Torregrossa (Of Counsel)  
DRINKER BIDDLE & REATH LLP  
1 Logan Square  
18th and Cherry Streets  
Philadelphia, PA 19103-6996  
Tel:  (215) 988-2700  
Fax: (215) 988-2757  

Evan M. Tager  
    (*pro hac vice* application pending)  
Archis A. Parasharami (Of Counsel)  
MAYER BROWN LLP  
1909 K Street, N.W.  
Washington, DC  20006  
Tel:  (202) 263-3000  
Fax:  (202) 263-5000  

*Attorneys for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **NOTICE OF MOTION** was served on the following counsel of record via electronic delivery on February 7, 2008:

Jay Edelson
Myles McGuire
John Blim (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL  60604
(312) 589-6370

Bart Murphy
Ice Miller LLP
2300 Cabot Drive
Lisle, IL  60532
(630) 955-6392

Respectfully submitted,

/s/Sarah E. Reynolds

Dated: February 7, 2008          *Attorney for Defendant AT&T Mobility LLC*