# EXHIBIT 2

Case 1:08-cv-00416    Document 22-3    Filed 02/07/2008    Page 1 of 3

**Collado, Victoria R.**

| | |
|---|---|
| **From:** | Collado, Victoria R. |
| **Sent:** | Monday, February 04, 2008 1:23 PM |
| **To:** | 'mmcguire@kamberedelson.com' |
| **Cc:** | jedelson@kamberedelson.com; Reynolds, Sarah E. |
| **Subject:** | RE: Fiddler v. AT&T Mobility LLC, et. al. |

Myles,

All of the terms are included in the arbitration provision attached to the letter. If you have any questions about the terms or the procedures, please feel free to contact me.

Sincerely,

Victoria



Victoria R. Collado
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7228 (direct)
(312) 706-8613 (fax)

-----Original Message-----
From: Myles McGuire [mailto:mpm1234@gmail.com]
Sent: Thursday, January 31, 2008 12:32 PM
To: Collado, Victoria R.
Cc: jedelson@kamberedelson.com; Reynolds, Sarah E.
Subject: Re: Fiddler v. AT&T Mobility LLC, et. al.

Thank you. We're considering your request. If there are any additional terms or conditions associated with the proposed arbitration which are not included in your attached correspondence, please forward them to me prior to Feb 5.



On Jan 30, 2008 2:55 PM, Collado, Victoria R. <VCollado@mayerbrown.com> wrote:
>
>
>
>
>
> Dear Mr. Edelson and Mr. McGuire:
>
> Please see the attached correspondence.
>
>  <<Fiddl001.PDF>>
> Sincerely,
>
>         Victoria Collado
>
> Victoria R. Collado
> Mayer Brown LLP
> 71 South Wacker Drive
> Chicago, Illinois 60606
> (312) 701-7228 (direct)
> (312) 706-8613 (fax)
>
> _____
>

1

```
>
> Effective September 1, 2007, we have changed our name to Mayer Brown LLP.
>
>
>
> IRS CIRCULAR 230 NOTICE. Any advice expressed above as to tax matters was
> neither written nor intended by the sender or Mayer Brown LLP to be used and
> cannot be used by any taxpayer for the purpose of avoiding tax penalties
> that may be imposed under U.S. tax law. If any person uses or refers to any
> such tax advice in promoting, marketing or recommending a partnership or
> other entity, investment plan or arrangement to any taxpayer, then (i) the
> advice was written to support the promotion or marketing (by a person other
> than Mayer Brown LLP) of that transaction or matter, and (ii) such taxpayers
> should seek advice based on the taxpayers particular circumstances from an
> independent tax advisor.
>
> This email and any files transmitted with it are intended solely for the use
> of the individual or entity to whom they are addressed. If you have received
> this email in error please notify the system manager. If you are not the
> named addressee you should not disseminate, distribute or copy this e-mail.
```