# EXHIBIT 4

Case 1:08-cv-00416　　Document 23-5　　Filed 02/07/2008　　Page 1 of 2

# AMERICAN ARBITRATION ASSOCIATION
# SUPPLEMENTARY PROCEDURES FOR
# CONSUMER-RELATED DISPUTES

**How to file a claim; consumers should:**
- Fill out this form and retain one copy for your records.
- Mail two copies of this form and your check or money order made payable to the AAA, to the AAA Case Management Center nearest to you. Please consult Section C-8 of the *Supplementary Procedures for Consumer-Related Disputes* for the appropriate fee.
- Send a copy of this form to the business.

**How to file a claim; businesses should:**
- Fill out this form and retain one copy for your records.
- Mail two copies of this form and your check or money order made payable to the AAA, to the AAA Case Management Center nearest to you. Please consult Section C-8 of the *Supplementary Procedures for Consumer-Related Disputes* for the appropriate fee.
- Send a copy of this form to the consumer by registered mail return receipt requested.

**1** How is this claim being filed? Check only one.
  [ ] By request of the consumer (A copy of the arbitration agreement **must** be attached. A copy of this form **must** also be sent to the business)

  [ ] By request of the business (A copy of the arbitration agreement **must** be attached. A copy of this form **must** also be sent to the consumer by registered mail return receipt requested)
  -or-
  [ ] By mutual agreement ("submission") of the parties (both parties **must** sign this form)

**2** Briefly explain the dispute.

**3** Do you believe there is any money owed to you?   If yes, how much?

**4** Is there any other outcome you want?   [ ] Yes    [ ] No
  If yes, what is it?

**5** Preferred hearing locale (if an in-person hearing is held) _____

**6** Fill in the following information

**Consumer**

Name of Consumer _____

Address _____

City/State/Zip _____

Telephone _____

Fax _____

Signature of Consumer _____

Representative _____

Firm _____

Address _____

City/State/Zip _____

Telephone _____

Fax _____

**Business**

Name of Business _____

Address _____

City/State/Zip _____

Telephone _____

Fax _____

Signature of Business _____

Representative _____

Firm _____

Address _____

City/State/Zip _____

Telephone _____

Fax _____

**AAA Customer Service   1-800-778-7879**
**AAA Web site: www.adr.org**