# EXHIBIT 9

Based on the Caller ID system identifying the caller, this is what the customer will hear:

The call flow will be offered in English and Spanish.

1. Welcome to Cingular Wireless, to continue in English press 1 (Spanish will be option 2).
2. "You are calling from xxx-xxx-xxxx.  Is this the phone/mobile number you wish to activate?"
3. If this is correct, press 1.
4. Please hold while we access your account information.  For authentication purposes, please enter the last four digits of either your social security number or tax ID number.
5. You entered xxxx.  If this is correct, press 1.
6. "You agree to the terms as stated in the Wireless Service Agreement and terms of service.  You agree to the service activation charge as well as the terms of the rate plan and features indicated on the wireless service headings:  "Monthly Plan and Promotion" and "Optional Features slash Rate Plan Options."  When features with a free promotional period expire, their normal service charge will be billed per month if you do not cancel them."
7. To agree to the terms as indicated, press 1.
8. Please hold while we update your account information.
9. Please turn you phone off and back on and you service will be activated.  Thank you for choosing Cingular Wireless.  Goodbye!

#6 of this call flow can not be skipped; pressing any key during these messages will not affect the recording.

Based on the Caller ID system not being able to identify the caller by the network, this is what the customer will hear:
1. Welcome to Cingular Wireless, to continue in English press 1 (Spanish will be option 2)
2. Please enter your ten-digit wireless phone number, with area code first.
3. You entered xxx-xxx-xxxx.  If this is correct, press 1.
4. Please enter your 5 digit billing zip code.
5. You entered xxxxx. If this is correct, press 1.
6. Please hold while we access your account information.  For authentication purposes, please enter the last four digits of either your social security number or tax ID number.
7. You entered xxxx.  If this is correct, press 1.
8. "You agree to the terms as stated in the Wireless Service Agreement and terms of service.  You agree to the service activation charge as well as the terms of the rate plan and features indicated on the wireless service headings:  "Monthly Plan and Promotion" and "Optional Features slash Rate Plan Options."  When features with a free promotional period expire, their normal service charge will be billed per month if you do not cancel them."
9. To agree to the terms as indicated, press 1.
10. Please hold while we update your account information.
11. Please turn you phone off and back on and your service will be activated.  Thank you for choosing Cingular Wireless.  Goodbye!

#8 of this call flow can not be skipped; pressing any key during these messages will not affect the recording.

Proprietary Information
Not for use or disclosure outside of the AT&T family of companies except under written agreement.
arleen ramos                                              Page 1                                              1/25/2008