# EXHIBIT 13

| Page: | 1 of 11 |
|---|---|
| Billing Cycle Date: | 11/29/06 - 12/28/06 |
| Account Number: | |
| Bill Reprint | |

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Number with Rollover**
1,794 Minutes

| | |
|---|---:|
| Previous Balance | 42.25 |
| Payment Posted | -42.25 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 39.99 |
| Usage Charges | 2.80 |
| Credits/Adjustments/Other Charges | -2.20 |
| Government Fees & Taxes | 3.08 |
| **TOTAL CURRENT CHARGES** | **43.67** |
| Due Jan 18, 2007 | |
| Late fees assessed after Jan 28 | |

**Total Amount Due  $43.67**

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

*2321 N. UNIVERSITY*
*LUBBOCK, TX 79415-1717*

MORRIS FIDDLER


**Return the portion below with payment to Cingular Wireless only.**

| | |
|---|---:|
| Account Number: | |
| Total Amount Due: | $43.67 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment.*

**Total Amount Due by Jan 18, 2007**

**Please Make Check Payable To:**

Cingular Wireless
PO Box 650553
Dallas, TX 75265-0553

9370000394963803000000000043670000000437000