# EXHIBIT 14

Page:          1 of 9
Billing Cycle Date: 12/29/06 - 01/28/07
Account Number: ▆▆▆▆▆▆▆
Bill Reprint

| Previous Balance | 43.67 |
| Payment Posted | -43.67 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 39.99 |
| Usage Charges | 0.90 |
| Credits/Adjustments/Other Charges | -1.95 |
| Government Fees & Taxes | 2.99 |
| **TOTAL CURRENT CHARGES** | **41.93** |
| Due  Feb 18, 2007 | |
| Late fees assessed after Feb 28 | |

| **Total Amount Due  $41.93** |
| --- |

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number with Rollover**

▆▆▆▆▆▆▆ ,183 Minutes

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the
ARBITRATION CLAUSE in our standard Wireless Service Agreement
to make it even better for consumers.  The revised arbitration clause
can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

*2321 N. UNIVERSITY*
*LUBBOCK, TX 79415-1717*

**Return the portion below with
payment to Cingular Wireless only.**

| Account Number: | |
| Total Amount Due: | $41.93 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment.*

MORRIS FIDDLER

Total Amount
Due by Feb 18, 2007

Please Make Check Payable To:

Cingular Wireless
PO Box 650553
Dallas, TX 75265-0553

9370000039496380300000000000419300000004193000

Page: **8 of 9**
Billing Cycle Date: **01/29/07 - 02/28/07**
Account Number:
**Bill Reprint**

## Call Detail (Continued)

**User Name: MORRIS FIDDLER**



Rate Code: MME0=Unlimited Expd M2M, 5KNW=5000 N&W, RM45=450 Rollover Mins
Rate Period (PD): DT=Daytime, OP=Nwknd
Feature: M2MC=EXPANDED M2M, VM=VOICE MAIL, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129 | | 02/27 | 10:18PM | | AG IL | 1 | 5KNW | OP | | | | 0.00 |
| 130 | | 02/27 | 10:19PM | | AG IL | 90 | 5KNW | OP | | | | 0.00 |
| 131 | WED | 02/28 | 12:34AM | | AG IL | 1 | 5KNW | OP | | | | 0.00 |
| 132 | | 02/28 | 4:43PM | | DU MO | 1 | RM45 | DT | | | | 0.00 |
| 133 | | 02/28 | 4:44PM | | ER MD | 2 | RM45 | DT | | | | 0.00 |
| 134 | | 02/28 | 5:02PM | | WO MO | 2 | MME0 | DT | M2MC | | | 0.00 |
| 135 | | 02/28 | 5:05PM | | THB IL | 1 | MME0 | DT | M2MC | | | 0.00 |
| 136 | | 02/28 | 5:06PM | | AG IL | 32 | RM45 | DT | | | | 0.00 |
| 137 | | 02/28 | 10:52PM | | AG IL | 1 | 5KNW | OP | | | | 0.00 |
| | | | Subtotal M | | | 442 | | | | | | 0.00 |
| **Totals** | | | | | | 442 | | | | | | **0.00** |

## Data Detail

**User Name: MORRIS FIDDLER**

Rate Code: TMI1=Text Msg Pay Per Use, WXP1=Internet Pay Per Use
Rate Period (PD): AT=Anytime
Feature: SMH=SMS per msg $0.15 MO/MT - new rate, GPRR=GPRS not roaming 0.01 rate for APN002 - PPU

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SUN | 01/28 | 5:58PM | | M2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 2 | TUE | 01/30 | 9:05PM | | MTM Other Txt M | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 3 | WED | 02/28 | 1:35AM | | MTM Other Txt M | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| | | | Subtotal of Msg's | | | 3 Msg | | | | | 0.45 |
| 4 | MON | 01/29 | 12:45AM | Data Transfer | Data | 5 KB | WXP1 | AT | GPRR | Out | 0.05 |
| 5 | SAT | 02/17 | 12:21AM | Data Transfer | Data | 1 KB | WXP1 | AT | GPRR | Out | 0.01 |
| | | | Subtotal of KB's | | | 6 KB | | | | | 0.06 |
| **Totals** | | | | | | | | | | | **0.51** |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the
ARBITRATION CLAUSE in our standard Wireless Service Agreement
to make it even better for consumers. The revised arbitration clause
can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

### The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account,
credit card or debit card of your choice. Enjoy peace of
mind knowing that your bill will be paid on time with no checks,
envelopes or stamps. Enrolling is easy - just go to
www.cingular.com, Log in to My Cingular (or Register if you
don't already have an account) and click on Sign Up for AutoPay
to enroll.

Page:   9 of 9
Billing Cycle Date: 03/01/07 - 03/28/07
Account Number:
Bill Reprint

## Data Detail

**User Name: MORRIS FIDDLER**

Rate Code: TMI1=Text Msg Pay Per Use
Rate Period (PD): AT=Anytime
Feature: SMH=SMS per msg $0.15 MO/MT - new rate

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea-ture | In/Out | Total Charge |
|------|-----|------|------|---------|------|-----------|-----------|---------|----------|--------|-------------|
| 1 | MON | 03/19 | 2:49PM | | TM Other Txt M | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 2 | FRI | 03/23 | 8:34PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 3 | | 03/23 | 8:58PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 4 | | 03/23 | 11:30PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 5 | | 03/23 | 11:31PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 6 | | 03/23 | 11:33PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 7 | | 03/23 | 11:37PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 8 | SAT | 03/24 | 12:19AM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 9 | | 03/24 | 12:37AM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 10 | | 03/24 | 1:10PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | In | 0.15 |
| 11 | | 03/24 | 1:59PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| 12 | | 03/24 | 3:15PM | | 2M TEXT MESSAG | 1 Msg | TMI1 | AT | SMH | Out | 0.15 |
| | | | Subtotal of Msg's | | | 12 Msg | | | | | 1.80 |
| **Totals** | | | | | | | | | | | **1.80** |

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the
ARBITRATION CLAUSE in our standard Wireless Service Agreement
to make it even better for consumers. The revised arbitration clause
can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

## The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account,
credit card or debit card of your choice. Enjoy peace of
mind knowing that your bill will be paid on time with no checks,
envelopes or stamps. Enrolling is easy - just go to
www.cingular.com, Log in to My Cingular (or Register if you
don't already have an account) and click on Sign Up for AutoPay
to enroll.