# EXHIBIT 17

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Number with Rollover**
88 Minutes

Page:
Billing Cycle Date: 11/15/06 - 12/14/06
Account Number:
Bill Reprint

| | |
|---|---|
| Previous Balance | 123.23 |
| Payment Posted | -101.04 |
| Adjustments to Previous Balance | -34.63 |
| CREDIT BALANCE | -12.44 |
| Monthly Service Charges | 34.90 |
| Usage Charges | 0.80 |
| Credits/Adjustments/Other Charges | -1.67 |
| Government Fees & Taxes | 5.84 |
| TOTAL CURRENT CHARGES | 39.87 |
| Due Jan 09, 2007 | |
| Late fees assessed after Jan 14 | |

**Total Amount Due  $27.43**

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

5020 ASH GROVE ROAD
SPRINGFIELD, IL 62711-6329

**Return the portion below with payment to Cingular Wireless only.**

| | |
|---|---|
| Account Number: | |
| Total Amount Due: | $27.43 |
| Amount Paid: | $ |

*Please do not send correspondence with payment.*

MORRIS FIDDLER

Total Amount
Due by Jan 09, 2007

Please Make Check Payable To:

Cingular Wireless
PO Box 6428
Carol Stream, IL 60197-6428

9900000029694191200000000039870000000274300 7