# EXHIBIT 18

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Number with Rollover**

- 206 Minutes

| | |
|---|---:|
| Previous Balance | 27.43 |
| Payment Posted | -27.43 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 39.99 |
| Usage Charges | 0.00 |
| Credits/Adjustments/Other Charges | -1.67 |
| Government Fees & Taxes | 6.41 |
| **TOTAL CURRENT CHARGES** | **44.73** |
| Due Feb 09, 2007 | |
| Late fees assessed after Feb 14 | |

**Total Amount Due  $44.73**

## NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

5020 ASH GROVE ROAD
SPRINGFIELD, IL 62711-6329

**Return the portion below with payment to Cingular Wireless only.**

| | |
|---|---:|
| Account Number: | |
| Total Amount Due: | $44.73 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment.*

MORRIS FIDDLER

**Total Amount Due by Feb 09, 2007**

Please Make Check Payable To:

Cingular Wireless
PO Box 6428
Carol Stream, IL 60197-6428

9900000029694191200000000004473000000004473009

# NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

## The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account, credit card or debit card of your choice. Enjoy peace of mind knowing that your bill will be paid on time with no checks, envelopes or stamps. Enrolling is easy - just go to www.cingular.com, Log in to My Cingular (or Register if you don't already have an account) and click on Sign Up for AutoPay to enroll.

## Early Nights & Weekends calling, 7 PM to 7 AM

Increase your night and weekend calling hours with our Early Extended Nights and Weekends package. Start your nights at 7pm for only $8.99 ($16.99 for Family Talk accounts). You'll have 3 extra hours per day, which gives you up to 3,600 more minutes per mobile per month. Visit www.cingular.com for additional information.

## Push to Talk Pay Per Use

Now you can talk instantly with Push to Talk Pay Per Use for $.15 Per minute. See who's available and start talking with the largest Push to Talk network coverage in America. Need a Push to Talk capable phone? Visit www.cingular.com or a retail store near you.



## Call Detail (Continued)
User Name: MORRIS FIDDLER

Rate Code: 5KNW=5000 N&W, RM45=450 Rollover Mins, MME0=Unlimited Expd M2M
Rate Period (PD): NW=Nwknd, DT=Daytime
Feature: VM=Voice Mail, M2MC=EXPANDED M2M, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 284 |  | 03/12 | 8:26PM |  | KWO MO | 1 | MME0 | DT | M2MC |  |  | 0.00 |
| 285 |  | 03/12 | 10:20PM |  | KWO MO | 1 | 5KNW | NW |  |  |  | 0.00 |
| 286 | TUE | 03/13 | 7:37AM |  | ICAG IL | 1 | RM45 | DT |  |  |  | 0.00 |
| 287 |  | 03/13 | 3:37PM |  | K PA IL | 8 | RM45 | DT |  |  |  | 0.00 |
| 288 |  | 03/13 | 4:03PM |  | K PA IL | 1 | RM45 | DT |  |  |  | 0.00 |
| 289 |  | 03/13 | 4:05PM |  | OMI CL | 1 | RM45 | DT |  |  |  | 0.00 |
| 290 |  | 03/13 | 4:08PM |  | ICAG IL | 1 | RM45 | DT |  |  |  | 0.00 |
| 291 |  | 03/13 | 4:17PM |  | OKIE IL | 2 | RM45 | DT |  |  |  | 0.00 |
| 292 |  | 03/13 | 4:19PM |  | RKWO MO | 1 | MME0 | DT | M2MC |  |  | 0.00 |
| 293 |  | 03/13 | 4:19PM |  | K PA IL | 2 | RM45 | DT |  |  |  | 0.00 |
| 294 |  | 03/13 | 4:51PM |  | RKWO MO | 1 | MME0 | DT | M2MC |  |  | 0.00 |
| 295 |  | 03/13 | 4:52PM |  | ICAG IL | 3 | RM45 | DT |  |  |  | 0.00 |
| 296 |  | 03/13 | 5:50PM |  | RKWO MO | 1 | MME0 | DT | M2MC |  |  | 0.00 |
| 297 |  | 03/13 | 6:00PM |  | OMI CL | 3 | MME0 | DT | M2MC |  |  | 0.00 |
| 298 |  | 03/13 | 6:03PM |  | OKIE IL | 1 | RM45 | DT |  |  |  | 0.00 |
| 299 |  | 03/13 | 6:08PM |  | K PA IL | 1 | RM45 | DT |  |  |  | 0.00 |
| 300 |  | 03/13 | 6:31PM |  | OKIE IL | 1 | RM45 | DT |  |  |  | 0.00 |
| 301 |  | 03/13 | 6:45PM |  | OKIE IL | 4 | RM45 | DT |  |  |  | 0.00 |
| 302 |  | 03/13 | 7:23PM |  | K PA IL | 9 | RM45 | DT |  |  |  | 0.00 |
| 303 |  | 03/13 | 9:01PM |  | RKWO MO | 1 | 5KNW | NW |  |  |  | 0.00 |
| 304 |  | 03/13 | 9:02PM |  | OKIE IL | 1 | 5KNW | NW |  |  |  | 0.00 |
| 305 |  | 03/13 | 9:14PM |  | OMI CL | 2 | 5KNW | NW |  |  |  | 0.00 |
| 306 |  | 03/13 | 9:16PM |  | ORTHB IL | 1 | 5KNW | NW |  |  |  | 0.00 |
| 307 |  | 03/13 | 9:16PM |  | OMI CL | 1 | 5KNW | NW |  |  |  | 0.00 |
| 308 |  | 03/13 | 9:17PM |  | OKIE IL | 6 | 5KNW | NW |  |  |  | 0.00 |
|  |  |  | **Subtotal Minutes** |  |  | **1055** |  |  |  |  |  | **0.00** |
| **Totals** |  |  |  |  |  | **1055** |  |  |  |  |  | **0.00** |

### NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the
ARBITRATION CLAUSE in our standard Wireless Service Agreement
to make it even better for consumers. The revised arbitration clause
can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

### The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account,
credit card or debit card of your choice. Enjoy peace of
mind knowing that your bill will be paid on time with no checks,
envelopes or stamps. Enrolling is easy - just go to
www.cingular.com, Log in to My Cingular (or Register if you
don't already have an account) and click on Sign Up for AutoPay
to enroll.