# EXHIBIT 2



## Coverage areas

Virgin Mobile has a great coverage area. Please fill out the information below for the place where you will use your phone the most.



☑ City names   ☐ Major roads

We have a great coverage area, but if you wander out of it your phone is not going to work. Don't panic. Your voicemail and text messages will be waiting for you when you get back.

Under Virgin Mobile's arrangement with Sprint, Virgin Mobile customers have access to service on the Sprint Nationwide PCS Network. Although Sprint provides Virgin Mobile customers access to its wireless network, Virgin Mobile is responsible to its customers for the service. Please contact Virgin Mobile with any questions or comments about services. Sprint is a registered trademark of Sprint Communications Company L.P.

Virgin Mobile received the highest numerical score among wireless carriers in the proprietary J.D. Power and Associates 2006-2007 Wireless Prepaid Customer Satisfaction Studies[SM]. 2007 study based on 2,925 total responses measuring 5 providers and measures opinions of consumers with their prepaid wireless service. Proprietary study results are based on experiences and perceptions of consumers surveyed in January and March 2007. Your experiences may vary. Visit jdpower.com.

© Virgin Mobile USA, L.P. 2002 - 2008. All Rights Reserved



## Coverage areas

Virgin Mobile has a great coverage area. Please fill out the information below for the place where you will use your phone the most.



☑ City names　☐ Major roads

We have a great coverage area, but if you wander out of it your phone is not going to work. Don't panic. Your voicemail and text messages will be waiting for you when you get back.

Under Virgin Mobile's arrangement with Sprint, Virgin Mobile customers have access to service on the Sprint Nationwide PCS Network. Although Sprint provides Virgin Mobile customers access to its wireless network, Virgin Mobile is responsible to its customers for the service. Please contact Virgin Mobile with any questions or comments about services. Sprint is a registered trademark of Sprint Communications Company L.P.

Virgin Mobile received the highest numerical score among wireless carriers in the proprietary J.D. Power and Associates 2006-2007 Wireless Prepaid Customer Satisfaction Studies[SM]. 2007 study based on 2,925 total responses measuring 5 providers and measures opinions of consumers with their prepaid wireless service. Proprietary study results are based on experiences and perceptions of consumers surveyed in January and March 2007. Your experiences may vary. Visit jdpower.com.

© Virgin Mobile USA, L.P. 2002 - 2008. All Rights Reserved