# EXHIBIT 3


Why Choose Us? | My Account | Activate | Top-Up | Check Coverage | Find a Store | En Español| Log Out|   Enter Keyword   SEARCH



**Welcome**
**News Releases**
**Company Overview**
**In the News**
**Multimedia**
**Product Fact Sheets**
**Financial Tips from Virgin Mobile**
**Awards & Honors**
**News Alerts**

News Releases
# Virgin Mobile USA and MTV Networks to Blow the Roof Off Cellular Content
**Virgin Mobile USA kicks-off national cell phone service and announces strategic partnership with MTV Networks at outrageous Times Square event**

Times Square, NY
During an outrageous event in the heart of Times Square, Virgin Mobile USA, LLC unveiled both its national, youth-focused cell phone service and its multi-year strategic partnership with MTV Networks, a division of Viacom, Inc. (NYSE:VIA and VIA.B). The deal provides for exclusive wireless content and consumer products from MTV and VH1, as well as additional wireless content from Nickelodeon and CMT-a deal certain to blow the roof off current cellular content offerings.

Wearing only a mock Virgin Mobile USA cell phone to cover his "nether regions," Sir Richard Branson, chairman of the Virgin Group, said, "Today I'm here to physically prove that Virgin Mobile USA's national cell phone service has nothing to hide. We give young Americans the features they want, while offering a straightforward price plan with no contracts to sign and no fine print. And because it's our mission to understand and meet the needs of the youth market, we are thrilled to have the opportunity to work with an organization as dedicated to this demographic as we are. MTV Networks is the ideal partner for Virgin Mobile USA."

Beginning later this summer, every Virgin Mobile USA customer will have access to content from MTV, VH1, CMT and Nickelodeon. Commenting on the agreement, Dan Schulman, Virgin Mobile USA chief executive officer, noted that the combined strength of the Virgin and MTV Networks brands will establish a whole new framework for delivering music and entertainment content to cell phones.

"We're taking cell phone content to a whole new level. MTV Networks is home to some of the most recognized youth and young adult brands in the United States and has unparalleled reach for the under-30 market. The Virgin brand is all about fun, honesty and great value for money, which is what our target market wants. Together, we believe that we will not only seize the youth market's attention, but we will also give our mutual customers the most exciting cell phone features along with outstanding service," said Schulman.

"At MTV Networks, the consumer is king and as our audience continues to embrace cell phones and wireless applications at a rapid pace, we are actively moving with them into a wireless world," says Tom Freston, chairman and chief executive officer of MTV Networks. "We are thrilled to partner with Virgin Mobile. Their complete focus on youth and young adults, coupled with their irreverent style, make them the perfect partner for MTV Networks."

Beginning later this summer, MTV Networks and Virgin Mobile plans to start rolling out a wide variety of branded content, including games, graphics, ringtones, text alerts and voicemails. A few future examples include:
Interactive Voting & Text Messaging-Virgin Mobile customers will be able to use their phones to vote for their favorite videos from music programming like MTV's "Total Request Live" and send shout-out messages to air on shows like CMT's "Most Wanted Live."
MTV and VH1 Daily Content-Virgin Mobile USA customers will have access to the hottest breaking music news, artist updates, music charts and entertainment information straight from the top youth and music networks.
Games-Nickelodeon will bring beloved characters like Spongebob Squarepants to the world of wireless games, keeping Virgin Mobile customers busy playing away on their handsets. MTV and VH1 will also work together to provide exciting new interactive game experiences for Virgin Mobile customers.
Rescue Rings and Wake Up Calls-Need to be rescued from a bad date or simply need help getting out of bed? Virgin Mobile can help. Simply program a Rescue Ring or Wake Up Call by following the incredibly user friendly on the phone screen menu and we'll call you at the appointed time. By combining Virgin Mobile's original content with the voice of MTV Networks' characters, personalities or musical guests, Virgin Mobile customers are certain to experience fresh and irreverent content.
Ringtones-MTV Networks will launch ringtone services that let Virgin Mobile customers customize their phones with the hottest tunes from their favorite artists, as well as theme songs from Nickelodeon's most popular shows.

Later in the year, Virgin Mobile plans to integrate M-commerce capabilities so that its customers will be able to purchase the latest CDs. MTV and VH1 will work with Virgin Mobile to promote customized wireless CD stores featuring top albums from the VH1 Top 20 or the most cutting-edge MTV Buzzworthy artists. Virgin Mobile will also offer MTV-branded faceplates, phones and other accessories that are popular with the youth and young adult markets.

**About Virgin Mobile USA**
Virgin Mobile USA, LLC is a joint venture between Sir Richard Branson's Virgin Group, and

Sprint, which operates the largest all-digital, all-PCS nationwide wireless network. Established in October 2001, Virgin Mobile is the first mobile virtual network operator (MVNO) in the United States and is the first U.S. company to create a step-down price plan with no contracts to sign and no fine print. Under the arrangement with Sprint, Virgin Mobile will utilize Sprint's wireless network to deliver service to its customers, while retaining all responsibility for customer service and subscriber maintenance.

Virgin Mobile's service includes long distance, voicemail, caller ID, call waiting, text messaging and directory assistance. All customers will also have access to VirginXtras-a host of music, entertainment, group messaging and just plain fun features that add flair to the cellular experience. Virgin Mobile cell phones are now available at Best Buy, Circuit City, Media Play, Sam Goody, Target Stores and Virgin Megastores. The Company's Top-Up cards are also available at Circle K and 7-Eleven stores. For those customers who are perpetually plugged-in, Virgin Mobile's cellular products and services are available 24/7 through the Web at www.virginmobileusa.com and Virgin Mobile At Your Service number at 1-888-322-1122.

**About MTV Networks**
MTV Networks owns and operates the cable television programming services MTV: Music Television, MTV2, Nickelodeon/Nick at Nite, TV Land, VH1, CMT: Country Music Television, and TNN, as well as The Digital Suite from MTV Networks, a package of thirteen digital services, all of which are trademarks of MTV Networks. MTV Networks also operates and offers joint ventures, licensing agreements and syndication deals whereby its programming can be seen worldwide.

✉ Email Page  🖨 Print

ABOUT | CONTACT US | LEGAL MATTERS | PRIVACY POLICY | FIND A STORE | COVERAGE | ACTIVATE | MY ACCOUNT | TOP-UP | HELP | EN ESPAÑOL

| VIRGIN MOBILE | PHONES | PLANS | STUFF | LIFE | HELP |
|---|---|---|---|---|---|
| Home | LG Aloha | Minute Plans | Messaging | My Account | Account |
| Find A Store | Switch_Back | Monthly Plans | Text Messaging | Feature Article | Phones |
| Contact Us | Cyclops | Messaging | Picture Messaging | The | Plans |
| About | Super Slice | International | Alerts & | RE*Generation | Service |
| Careers | Slice | Feature Pricing | Subscriptions | Pass It On | Stuff |
| Legal Matters | Slider Sonic | How it Works | Ringtones | Recycle Your Old | |
| Privacy Policy | Marbl | | First Dibs | Phone | |
| Investor | Snapper | | Games | Sugar Mama | |
| Relations | Oystr | | Graphics | Kickbacks | |
| | Flasher V7 | | *MTV | | |
| | K10 Royale | | Comedy Central | | |
| | Shorty | | Other Stuff to Try | | |
| | K9 | | | | |
| | K7 Rave | | | | |
| | Vox 8610 | | | | |
| | Vox 8500 | | | | |
| | Slider V5 | | | | |
| | Party Animal | | | | |
| | Super Model | | | | |
| | Accessories | | | | |
| | Track Order | | | | |



Virgin Mobile received the highest numerical score among wireless carriers in the proprietary J.D. Power and Associates 2006-2007 Wireless Prepaid Customer Satisfaction Studies<sup>SM</sup>. 2007 study based on 9,083 total responses measuring 5 providers and measures opinions of consumers with their prepaid wireless service. Proprietary study results are based on experiences and perceptions of consumers surveyed in January and July 2007. Your experiences may vary. Visit jdpower.com.