# EXHIBIT 5

Home | My Account | Customer Service | En Español



## coverage maps





**TracFone®** provides nationwide prepaid wireless service. We use the nation's leading cellular providers to create a national footprint covering 99% of the U.S. population. This gives you service everywhere cellular service is available.

You can use your **TracFone** across the U.S. and if you move, you can relocate your wireless number with just a phone call.

**ZIP Code**

Get Calling Area

Wireless service is subject to transmission limitations caused by atmospheric, topographical and other conditions. Ability to place or receive calls (including 911 calls) may be temporarily interrupted due to system capacity limitations, limitations imposed by a carrier, equipment modifications, relocations or other activities for the operation of each carrier's radio telephone system.

© 2005 TracFone Wireless, Inc. All Rights Reserved.
**Privacy Policy** | **Terms & Conditions** | **About Us** | **Affiliate Program** | **Careers** | **Site Map**

**why go prepaid**
**how it works**
**rates**
**phones**
**retailers**
**coverage maps**
**questions**
**technical support**