**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  08 C 416<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Keys |

## DEFENDANTS M-QUBE'S AND VERISIGN'S MOTION FOR ADMISSION TO APPEAR AS COUNSEL *PRO HAC VICE*

Defendants, M-QUBE, INC., and VERISIGN, INC., by and through their attorneys, Bart T. Murphy and Jenée M. Straub of Ice Miller LLP (collectively "Defendants"), request that the Court admit attorney Laura Riposo VanDruff of the law firm of Arnold & Porter, LLP to appear *pro hac vice* pursuant to Local Rule 83.14 for the purpose of being co-counsel for Defendants. In support of their motion, Defendants state as follows:

1.     Laura Riposo VanDruff is an attorney admitted to practice law in the District of Columbia and remains in good standing to practice therein.  Ms. VanDruff is also admitted to practice law in the District Court of the District of Columbia and the State of Virginia and remains in good standing to practice therein.

2.     Ms. VanDruff is an associate in the Washington, DC office of Arnold & Porter, LLP.

C/62250.1

3.    Ms. VanDruff has not been subjected to any discipline by any court or administrative body.

4.    Ms. VanDruff has not previously appeared *pro hac vice* in this District.

5.    The law firm of Ice Miller LLP has been designated as local counsel for Defendants.

6.    In support of this Motion, Defendants attach as <u>Exhibit "A"</u> a true and correct copy of Ms. VanDruff's Application for Leave to Appear *Pro Hac Vice* that is being filed with the Court Clerk with the requisite $50.00 payment.

WHEREFORE, for the foregoing reasons, Defendants M-QUBE, INC. and VERISIGN, INC., request that this Court admit Laura Riposo VanDruff to appear *pro hac vice* on behalf of M-QUBE, INC., and VERISIGN, INC.

Respectfully submitted,

M-QUBE, INC. and VERISIGN, INC.

Dated: February 8, 2008

By:   /s/ Jenée M. Straub
One of Their Attorneys

Bart T. Murphy, Esq. (#6181178)
Jenée M. Straub, Esq. (#6270698)
ICE MILLER, LLP
2300 Cabot Drive
Suite 455
Lisle, Illinois  60532
630-955-0555
630-955-0662 (facsimile)

2

C/62250.1