### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MORRIS FIDDLER, individually and on behalf )
of a class of similarly situated individuals, )
                                              )
Plaintiff, )
                                              )
v. )
                                              )
AT&T MOBILITY, LLC d/b/a The New AT&T )    Case No. 08 C 416
f/k/a CINGULAR WIRELESS, a Delaware )
limited liability company, M-QUBE, INC., a )    Judge Der-Yeghiayan
Delaware corporation, and VERISIGN, INC., a )    Magistrate Judge Keys
Delaware corporation, )
                                              )
                    Defendants. )

---

### NOTICE OF MOTION

TO:
| | |
|---|---|
| Jay Edelson | Victoria Collado |
| Myles McGuire | Sarah E. Reynolds |
| John Blim | Keonna Carter |
| KAMBEREDELSON, LLC | MAYER BROWN LLP |
| 53 West Jackson Blvd. | 71 South Wacker Drive |
| Suite 1530 | Chicago, IL 60606 |
| Chicago, IL 60604 | |

   PLEASE TAKE NOTICE that on the **14th** day of **February, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan in the courtroom usually occupied by him in Room 1988 of the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants m-Qube's and Verisign's Motion for Admission to Appear as Counsel *Pro Hac Vice*,** a copy of which is attached hereto and hereby served upon you.

                                        Respectfully submitted,


                                        By___/s/ Jenee M. Straub_____
                                           One of the Attorneys for Defendants
                                           m-Qube, Inc. and Verisign, Inc.

Bart T. Murphy, Esq. (#6181178)
Jenée M. Straub, Esq. (#6270698)
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
(630) 955-0555

C/61948

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2008, I electronically filed **Defendants m-Qube's and Verisign's Motion for Admission to Appear as Counsel *Pro Hac Vice*** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jay Edelson | jedelson@kamberedelson.com |
| Myles McGuire | mmcguire@kamberedelson.com |
| John Blim | john@blimlaw.com |
| Keonna Carter | courtnotification@mayerbrown.com |
| Victoria R. Collado | courtnotification@mayerbrown.com |
| Sarah Eileen Reynolds | courtnotification@mayerbrown.com |

/s/ Jenée M. Straub
One of the Attorneys for Defendants
M-Qube, Inc. and Verisign, Inc.

Bart T. Murphy, Esq. (#6181178)
Jenee M. Straub, Esq. (#6270698)
ICE MILLER, LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
(630) 955-0555