UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Morris Fiddler
                          Plaintiff,

v.                                        Case No.: 1:08−cv−00416
                                                  Honorable Samuel Der−Yeghiayan

ATT Mobility, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Defendant ATT Mobility, LLC's motion to compel arbitration, and to dismiss claims [20] are denied as premature without prejudice since there is a pending motion regarding jurisdiction. Defendants Versign, Inc., M−Qube, Inc's motion for leave to appear as counsel pro hac vice [26] is granted. All dates previously set remain unchanged. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.