# Exhibit 3

```
 1  JAY EDELSON (PRO HAC VICE)
    MYLES MCGUIRE (PRO HAC VICE)
 2  KAMBEREDELSON, LLC
    53 West Jackson Boulevard
 3  Suite 1530
    Chicago, Illinois 60604
 4  Telephone: (312) 589-6370

 5  JOHN G. JACOBS (PRO HAC VICE)
    BRYAN G. KOLTON (PRO HAC VICE)
 6  THE JACOBS LAW FIRM, CHTD.
    122 South Michigan Avenue
 7  Suite 1850
    Chicago, Illinois 60603
 8  Telephone: (312) 427-4000
    Facsimile: (312) 427-1850
 9
    TERRY M. GORDON - SBN 75604
10  LAW OFFICES OF TERRY M. GORDON
    Three Harbor Drive, Suite 215
11  Sausalito, California 94965
    Telephone:   (415) 331-3601
12  Facsimile:   (415) 331-1225

13  ATTORNEYS FOR PLAINTIFF
```

## UNITED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MBLOX, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07 5298 CW<br><br>**PLAINTIFF'S WITHDRAWAL OF MOTION TO REMAND**<br><br>Hearing Date: December 13, 2007<br>Time:           9:00 a.m.<br>Dept.:          Courtroom 2, 4th Floor<br><br>The Honorable Claudia Wilken<br><br>**CLASS ACTION** |

---

**PLAINTIFF'S WITHDRAWAL OF MOTION TO REMAND**
Case No. C-07-5298 CW

1   In its opposition to Plaintiff's motion to remand, mBlox, Inc. presented evidence
2   establishing that the Court does have jurisdiction. This evidence was available to mBlox
3   when it removed, and should have been presented in its remand petition. Had mBlox done so,
4   Plaintiff would have been saved the expense of this motion. Even now, the proper procedure
5   for mBlox to have followed was a motion to amend its petition[1], rather than in opposition to
6   this motion. Nevertheless, because mBlox has shown that a proper removal petition would
7   have established the Court's jurisdiction, Plaintiff hereby withdraws his motion to remand.

Respectfully submitted,

Dated: December 3, 2007                LAW OFFICES OF TERRY M. GORDON

By:/s/ Terry M. Gordon
TERRY M. GORDON
One of the Attorneys for RUSSELL
BRADBERRY, individually and on
behalf of a class of similarly situated
individuals

---

[1] See, eg. *Gafford v. General Elec. Co.* (6th Cir. 1993) 997 F. 2d 150, 164.

PLAINTIFF'S WITHDRAWAL OF MOTION TO REMAND
Case No. C-07-5298 CW
- 2 -