IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>Defendants. | Case No. 08 C 00416 |

**NOTICE OF FILING**

TO:   Jay Edelson                           Victoria Collado
        Myles McGuire                  Sarah E. Reynolds
        John Blim                              Keonna Carter
        KAMBEREDELSON, LLC      MAYER BROWN LLP
        53 West Jackson Blvd.          71 South Wacker Drive
        Suite 1530                           Chicago, IL 60606
        Chicago, IL 60604

      PLEASE TAKE NOTICE that on the 15th day of February, 2008, we e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL, using the CM/ECF filing system, **Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand,** a copy of which is attached hereto and hereby served upon you.

                                                   Respectfully submitted,


                                                   By   /s/ Jenee M. Straub
                                                        One of the Attorneys for Defendants
                                                         m-Qube, Inc. and Verisign, Inc.

C/62799

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, I electronically filed **Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jay Edelson | jedelson@kamberedelson.com |
| Myles McGuire | mmcguire@kamberedelson.com |
| John Blim | john@blimlaw.com |
| Keonna Carter | courtnotification@mayerbrown.com |
| Victoria R. Collado | courtnotification@mayerbrown.com |
| Sarah Eileen Reynolds | courtnotification@mayerbrown.com |

　　　　　　　　　　　　　　　　　　/s/ Jenée M. Straub
　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendants
　　　　　　　　　　　　　　　　　　M-Qube, Inc. and Verisign, Inc.

**Attorneys for**
**Defendants m-Qube and VeriSign**

Bart T. Murphy, Esq. (#6181178)
Jenée M. Straub, Esq. (#6270698)
ICE MILLER, LLP
2300 Cabot Drive
Suite 455
Lisle, Illinois  60532
630.955.0555
630.955.0662 (facsimile)

Pro Hac Vice:
Laura VanDruff Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
202.942.5000
202.942.5999 (facsimile)

C/62799