UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>      Defendants. | Case No. 1:08-cv-00416<br><br>**Samuel Der-Yeghiayan**<br><br>**<u>CLASS ACTION</u>** |

### NOTICE OF FILING

TO:    Victoria Collado                Bart Thomas Murphy
          Sarah E. Reynolds           Jenee Marie Straub
          Keonna Carter                  ICE MILLER
          MAYER BROWN             2300 Cabot Drive
          77 West Wacker Drive      Suite 455
          Suite 2500                       Lisle, IL 60532
          Chicago, IL 60601

       PLEASE TAKE NOTICE that on the February 21, 2008, I e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL, using the CM/ECF filing system, Plaintiff's Reply to Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand, a copy of which is attached hereto and hereby served upon you.

                                                                   Respectfully submitted,

                                                                   By _/s/ Myles McGuire_____
                                                                    MYLES MCGUIRE
                                                                    One of the Attorneys for Plaintiff Morris
                                                                    Fiddler, individually and on behalf of a class
                                                                    of similarly situated individuals

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008 I electronically filed Plaintiff's Reply to Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing via email to the following:

| | |
|---|---|
| Victoria Collado | Bart Thomas Murphy |
| Sarah E. Reynolds | Jenee Marie Straub |
| Keonna Carter | ICE MILLER |
| MAYER BROWN | 2300 Cabot Drive |
| 77 West Wacker Drive | Suite 455 |
| Suite 2500 | Lisle, IL 60532 |
| Chicago, IL 60601 | |

Dated: February 21, 2008

By: /s/ Myles McGuire
MYLES MCGUIRE
One of the Attorneys for Morris Fiddler, individually and on behalf of a class of similarly situated individuals

JAY EDELSON
MYLES MCGUIRE
ELIZABETH MACKEY (*PENDING PRO HAC VICE*)
JOHN BLIM  (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370