IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation,<br><br>Defendants. | Case No. 08C416<br><br>Judge Der-Yeghiayan |

## PARTIES' JOINT MOTION TO STAY ALL PROCEEDINGS AND OBLIGATIONS

The parties to this action, defendants AT&T Mobility LLC, M-Qube, Inc. and Verisign, Inc. and plaintiff Morris Fiddler, jointly and respectfully move this Court to stay all proceedings and obligations in this action for sixty (60) days. In support of this motion, the parties state as follows:

1. This action was filed on December 17, 2007 in the Circuit Court of Cook County. The action was removed to this Court on January 18, 2008. Plaintiff has filed a petition to remand the case, which is fully briefed. Absent further extensions, Defendants' responses to the complaint are due on Friday, March 7, 2008.

2. The parties have recently begun to explore a possible settlement of this action. In order to focus their efforts more fully on the exploration of settlement, the parties jointly request that the Court stay all proceedings and obligations in this action for sixty (60) days.

3.     There is a status hearing currently set for March 11, 2008 at 9:00 a.m. The parties request that the court reset the status to a date on or about May 13, 2008 so that the parties may report to the Court on the status of settlement discussions.

WHEREFORE, the parties respectfully request that the Court grant their joint motion to stay all obligations and proceedings in the action and that the Court reschedule the March 11, 2008 status to a date on or about May 13, 2008.

Dated: March 3, 2008                          Respectfully submitted,

                                              AT&T MOBILITY LLC


                                              By: /s/ Victoria Collado
                                                  One of its Attorneys

                                                  Victoria Collado
                                                  Sarah E. Reynolds
                                                  Keonna Carter
                                                  MAYER BROWN LLP
                                                  71 South Wacker Drive
                                                  Chicago, IL 60606
                                                  312-782-0600


                                                  Seamus Duffy (Of Counsel)
                                                  Maresa Torregrossa (Of Counsel)
                                                  DRINKER BIDDLE & REATH LLP
                                                  1 Logan Square
                                                  18th and Cherry Streets
                                                  Philadelphia, PA 19103-6996
                                                  (215) 988-2700

                                              By: /s/ Bart Murphy (with consent)
                                                  One of the Attorneys for Defendants M-Qube, Inc. and Verisign.

                                                  Bart Murphy
                                                  Ice Miller LLP
                                                  2300 Cabot Drive
                                                  Lisle, IL 60532
                                                  (630) 955-6392

By: /s Myles McGuire(with consent)
    One of the Attorneys for
    Plaintiff Morris Fiddler

Jay Edelson
Myles McGuire
John Blim (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604
(312) 589-6370

## CERTIFICATE OF SERVICE

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **PARTIES' JOINT MOTION TO STAY ALL PROCEEDINGS AND OBLIGATIONS PENDING SETTLEMENT NEGOTIATIONS** was served on the following counsel of record via electronic delivery on March 3, 2008:

Jay Edelson
Myles McGuire
John Blim (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604
(312) 589-6370

Bart Murphy
Ice Miller LLP
2300 Cabot Drive
Lisle, IL 60532
(630) 955-6392

Respectfully submitted,

/s/Sarah E. Reynolds

Dated: March 3, 2008

*Attorney for Defendant AT&T Mobility LLC*