## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS FIDDLER, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08C416 |
| v. | ) ) | Judge Der-Yeghiayan |
| AT&T MOBILITY LLC, d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, M-QUBE, INC., a Delaware corporation, and VERISIGN, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Counsel of Record (as Set Forth on the Attached Service List)

**PLEASE TAKE NOTICE** that on Thursday, March 6, 2008, at 9:00 a.m., we shall appear before the Honorable Samuel Der-Yeghiayan, United States District Judge, at Everett McKinley-Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60606, Courtroom 1903, and then and there present **PARTIES' JOINT MOTION TO STAY ALL PROCEEDINGS AND OBLIGATIONS PENDING SETTLEMENT NEGOTIATIONS**, which will be provided to you through the CM/ECF system.

Dated: March 3, 2008                                Respectfully submitted,

                                                    AT&T MOBILITY LLC

                                                    By:    /s/ Sarah E. Reynolds
                                                           One of its Attorneys

                                                    Victoria Collado
                                                    Sarah E. Reynolds
                                                    Keonna Carter
                                                    MAYER BROWN LLP
                                                    71 South Wacker Drive
                                                    Chicago, Illinois 60606-4637
                                                    Tel.: 312-782-0600

Seamus Duffy (Of Counsel)
Maresa Torregrossa (Of Counsel)
DRINKER BIDDLE & REATH LLP
1 Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

## <u>CERTIFICATE OF SERVICE</u>

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **NOTICE OF MOTION** was served on the following counsel of record via electronic delivery on March 3, 2008:

Jay Edelson
Myles McGuire
John Blim (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL  60604
(312) 589-6370

Bart Murphy
Ice Miller LLP
2300 Cabot Drive
Lisle, IL  60532
(630) 955-6392

Respectfully submitted,

/s/Sarah E. Reynolds

Dated: March 3, 2008

*Attorney for Defendant AT&T Mobility LLC*