# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 416 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Morris Fiddler vs. AT&T Mobility, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  The parties' motion to stay [38] is granted as follows: Case ordered stayed until 04/03/08 to allow the parties an opportunity to explore resolution.  Defendants' responsive pleadings to Plaintiff's complaint is stayed until further order of the Court.  Status hearing reset to 04/03/08 at 9:00 a.m.  Status hearing set for 03/11/08 is stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|