# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 416 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Fiddler vs. AT&T Mobility, LLC et al. | | |

**DOCKET ENTRY TEXT**

This matter was continued twice based on the parties' representation that the parties were attempting to resolve this matter. The Court has not heard from the parties that this matter has been resolved, inasmuch as a fully briefed motion to remand has been pending since 02/21/08. For the reasons stated in the Court's memorandum opinion dated 05/20/08, Plaintiff's motion to remand [19] is hereby granted. The instant action is hereby ordered remand to the Circuit Court of Cook County (07 CH 37212). All pending dates and motions before this Court are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|