

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS            May 20, 2008
    CLERK                                                                           312-435-5691

Clerk, Attention: Paul Bernstein
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Room 802
Chicago, IL  60602

Re:           Fiddler v. AT&T Mobility, LLC et al

USDC No:           08-cv-00416 - Samuel Der-Yeghiayan
 Circuit Court No:    07 CH 37212

Dear Clerk:

A certified copy of an order entered on   May 20, 2008  by the Honorable Samuel Der-Yeghiayan, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois, Law Division, is herewith transmitted to you for your files.

    Sincerely yours,

    Michael W. Dobbins, Clerk

    By: s/Haydee Pawlowski
        Deputy Clerk

Enclosure(s)
Copy to attorneys of record